**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FILED

17 SEP 19 AM 10: 16

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

**CHRISTOPHER RUIZ,**
                    **Plaintiffs,**

**-vs-**                                                  **Case No.  A-17-CA-390-SS**

**CORNERSTONE HOME LENDING, INC. and**
**ALLAN B. POLUNSKY,**
                    **Defendants.**

_____

**ORDER OF DISMISSAL**

BE IT REMEMBERED on this day the Court entered its order and simultaneously therewith

enters the following:

IT IS ORDERED the above-styled cause is DISMISSED without prejudice;

IT IS FINALLY ORDERED that all costs are taxed to Christopher Ruiz.

SIGNED this the ___18___ day of September 2017.

_____
UNITED STATES DISTRICT JUDGE